JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>THEOXENIA LLC,<br><br>Defendant. | Case No: 2:22-cv-07365-MCS-RAO<br><br>**ORDER ON JOINT MOTION TO DISMISS (ECF No. 34)** |

Pursuant to the joint motion of the parties,

IT IS ORDERED that this case is dismissed with prejudice. Each party shall bear its own costs, attorneys' fees and expenses.

DATED this 28TH day of June 2023.

*Mark C. Scarsi*

———————————————
Mark C. Scarsi
United States District Judge